UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIO LIMETA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 24-cv-07047-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to *24-cv-03181-AMO*.

    **IT IS SO ORDERED.**

Dated: October 8, 2024

_____
TRINA L. THOMPSON
United States District Judge

MTD 11/7/24 ECF 20