BRIAN E. WASHINGTON, COUNTY COUNSEL
Jenna Brady, Chief Deputy County Counsel (SBN 233440)
Jacy C. Dardine, Deputy County Counsel (SBN 294294)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
Email:  jenna.brady@marincounty.gov
Email:  jacy.dardine@marincounty.gov

Attorneys for Defendants
MARIN COUNTY SHERIFF'S OFFICE,
MICHAEL THOMPSON, and
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELGIO LIMETA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIN COUNTY SHERIFFS' DEPARTMENT, MICHAEL THOMPSON, and COUNTY OF MARIN,<br><br>          Defendants. | Case No.: 24-cv-07047-AMO<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date:  January 30, 2025<br>Time:           2:00 p.m.<br>Location:       San Francisco Courthouse<br>               Courtroom 10 – 19th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102 |

1

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THE COMPLAINT**
Case No.: 24-cv-07047-TLT (AMO)

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that there has been no written opposition filed by plaintiff ELGIO LIMETA to the Motion to Dismiss the Complaint ("Motion") filed by defendants MARIN COUNTY SHERIFF'S OFFICE (erroneously sued as "Marin County Sheriffs' Department"), MICHAEL THOMPSON, and COUNTY OF MARIN ("Defendants").  Defendants served plaintiff ELGIO LIMETA ("Plaintiff") with the Motion via U.S. Mail to the address listed as his address of record on the Complaint on November 6, 2024 (Dkt. No. 16-1).  *See* FRCP 5(b)(2)(C).

Pursuant to Civil L.R. 7-3, the deadline to file opposition to the Motion was November 20, 2024. As of the time this Notice was filed, Defendants have not received any opposition to the Motion, and the docket does not show any opposition having been filed.  Courts have construed the failure to address arguments made in a motion as a waiver.  *See Powelson v. Sausalito Police Department*, 701 F.Supp.3d 965 (N.D. Cal. 2023); *Namisnak v. Uber Technologies, Inc.*, 444 F.Supp.3d 1136, 1145-46 (N.D. Cal. 2020).   Accordingly, Defendants respectfully request this Court grant the Motion without leave to amend.

Dated:  November 25, 2024

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN

By:  /s/  Jacy C. Dardine

Jenna Brady
Jacy C. Dardine
Attorneys for Defendants
MARIN COUNTY SHERIFF'S OFFICE,
MICHAEL THOMPSON, and
COUNTY OF MARIN

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THE COMPLAINT**
Case No.: 24-cv-07047-TLT (AMO)