Elgio Limeta
1305 Leafwood Drive #2,
Novato CA 94954,
510-879-4634

# FILED

NOV 26 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

Case No.: 3:24-cv-07047-AMO

Elgio Limeta

Plaintiff,

vs.

Marin County Sheriffs Department et al.

Defendant

FRCP 41(A) NOTICE OF VOLUNTARY DISMISSAL
OF COMPLAINT FOR INJUNCTIVE RELIEF
WITHOUT    PRESUDICE

1. I Elgio Limeta am the Plaintiff in the above captioned case.

2. WHEREAS the above case only sought injunctive relief: this case did NOT seek damages.

3. WHERAS Since the hearing, the parties worked out a resolution that allows me to continue to live on Binford Road and my little house has been dismantled. The facts and circumstances that gave rise to this complaint are moot; and there is no request for damages in the complaint to proceed to trial.

4. I thereby request this case be dismissed as moot, and I voluntarily dismiss it as such, WITHOUT PRESudice

Respectfully signed,

/s/Elgio Limeta

11/09/2024

FRCP 41(A) NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF - 1